IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN OHIO DISTRICT
EASTERN DIVISION

RICHARD S.,

    Plaintiff,

v.                                          Case No. 2:22-cv-2176
                                          JUDGE EDMUND A. SARGUS, JR.
COMMISSIONER OF SOCIAL SECURITY,    Magistrate Judge Karen Litkovitz

    Defendant.

## OPINION AND ORDER

On April 6, 2023 the Magistrate Judge in this case issued a Report and Recommendation that, if adopted, would overrule plaintiff's objection and affirm the defendant's denial of disability benefits. (ECF No. 14.)

The plaintiff has filed a timely objection. The undersigned has reviewed the objections, the record and the Magistrate Judge's Report and Recommendation. The Commissioner of Social Security has correctly applied the law and the factual findings are supported by substantial evidence.

The Court ADOPTS the Report and Recommendation of the Magistrate Judge. The decision of the Commissioner of Social Security denying benefits is AFFIRMED. This case is DISMISSED.

    IT IS SO ORDERED.


Date: **9/28/2023**                                    s/Edmund A. Sargus, Jr.
                                                        EDMUND A. SARGUS, JR., JUDGE
                                                        UNITED STATES DISTRICT JUDGE